THE PEOPLE *against* THE PRESIDENT, &c., OF THE BANK
OF WASHINGTON AND WARREN.

Though judgment as in case of nonsuit cannot be rendered against the people; yet the defendant may have a rule to try by proviso.

ISSUE having been joined in this cause, and the plaintiffs having neglected to notice it for trial at the circuit holden during the last vacation in Albany, where the venue was laid.

*J. Hoyt*, for the defendants, moved for such relief as the court would grant upon the nature of. the case. He conceded that judgment as in case of nonsuit could not be rendered against the people; (3 Cowen, 16;) but submitted whether the court would not grant a rule that the defendants might themselves notice the cause for trial by proviso.

*Talcott*, (attorney general,) contra.

*Curia.* Take the rule for a trial by proviso.

Rule accordingly.